UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JAMIE RIO MARTINEZ,

                            Plaintiff,

    -against-

ACCELERANT MEDIA, LLC, ACCELERANT MEDIA
CORPORATION, CHET STOJANOVICH
PRODUCTIONS, LLC, CHET STOJANOVICH, and
MATT HARPER.

                            Defendants.

------------------------------------- x

ORDER

20 Civ. 9366 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during yesterday's oral argument, Defendant Harper's motion to dismiss the federal RICO claim (Count One) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, (ECF No. 21), is GRANTED.

    This Court declines to exercise supplemental jurisdiction over Plaintiff's pendent state law claims against Defendant Harper. Plaintiff may seek leave to move to amend the complaint by letter application attaching a proposed amended complaint, on or before April 30, 2021, if amendment would not be futile.

    The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       March 31, 2021

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge