```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMIE RIO MARTINEZ,                                          :
                                                             :
                       Plaintiff,                            :
                                                             :      20-CV-9366 (GBD) (OTW)
                -against-                                    :
                                                             :      ORDER
ACCELERANT MEDIA, LLC, et al.,                               :
                                                             :
                       Defendants.                           :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court issued a certificate of default as to Defendants on December 22, 2021. (ECF 55). Plaintiff has not yet moved for default. Plaintiff is directed to file a status letter or move for default by **September 26, 2022**.

Plaintiff is directed to serve a copy to counsel for Defendants and to file proof of service.

**SO ORDERED.**

Dated: September 12, 2022  
      New York, New York

          _s/ Ona T. Wang_  
          **Ona T. Wang**  
          United States Magistrate Judge