UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JAMIE RIO MARTINEZ,

                 Plaintiff,

  -against-

ACCELERANT MEDIA, LLC, ACCELERANT
MEDIA CORPORATION, and CHET
STOJANOVICH,

                 Defendants.
------------------------------------ x

DEFAULT JUDGMENT

20 Civ. 9366 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

    This action was commenced on November 9, 2020, by the filing of a Summons and Complaint. The Complaint was served on Defendant Accelerant Media, LLC on November 11, 2020, and on Defendant Accelerant Media Corporation on November 12, 2020. An Amended Complaint was filed on September 28, 2021. A copy of the Amended Summons and Complaint was served on Defendant Accelerant Media Corporation on October 4, 2021, Defendant Accelerant Media, LLC on October 5, 2021, and Defendant Chet Stojanovich on October 21, 20021, by personally serving an Authorized Agent at the Office of the Secretary of State of the State of New York. Proof of service was filed on October 14, 2021, October 15, 2021, and October 28, 2021, respectively. The Clerk of Court issued a certificate of default against all Defendants on December 22, 2021, and Plaintiff moved for default on October 17, 2022.

    The Defendants in this action have failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving has expired. It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Jamie Rio Martinez have judgment against Defendants Accelerant Media LLC, Accelerant Media Corporation, and Chet Stojanovich.

This matter is to be referred to Magistrate Judge Ona Wang for an inquest on damages. The Clerk is ordered to close ECF No. 61 accordingly.

Dated: October 24, 2022
      New York, New York

                                   SO ORDERED.

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   UNITED STATES DISTRICT JUDGE