UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
JAMIE RIO MARTINEZ,                              :
                                                 :
                    Plaintiff,                   :     20-CV-9366 (GBD) (OTW)
                                                 :
         -against-                               :     **ORDER**
                                                 :
ACCELERANT MEDIA, LLC, et al.,                   :
                                                 :
                    Defendants.                  :
                                                 :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's request for clarification. (ECF 69). The Court has reviewed Plaintiff's prior submissions. *See, e.g.*, ECF 61. The Plaintiff is directed to file, as specified in the Court's prior order (ECF 67), **(1)** proposed findings of fact and conclusions of law, and **(2)** an inquest memorandum setting forth proof of damages. Plaintiff's proposed findings of fact and conclusions of law shall include both proposed findings on damages, including the amount of an award, and proposed determinations on liability.

As specified in the prior order, Plaintiff's proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. If Plaintiff is seeking attorney's fees and costs, Plaintiff must include documentation supporting. *See* ECF 67.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket by **November 21, 2022**.

**SO ORDERED.**

Dated: November 14, 2022                  *s/ Ona T. Wang*
    New York, New York             **Ona T. Wang**
                                          United States Magistrate Judge