UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
JAMIE RIO MARTINEZ,                      :
                                         :
                  Plaintiff,             :      20-CV-9366 (GBD) (OTW)
                                         :
           -against-                     :      ORDER
                                         :
ACCELERANT MEDIA, LLC, et al.,           :
                                         :
                  Defendants.            :
                                         :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's letter. (ECF 75). Plaintiff is directed to file a supplemental brief to Plaintiff's inquest memorandum on what effect, if any, Defendant Chet Stojanovich's sentence and order in his criminal matter (22-CR-339) has on the case at hand. Plaintiff's supplemental brief is due **April 13, 2023**.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and on all counsel in Defendant Stojanovich's criminal matter (22-CR-339), and file proof of service on the docket by **March 20, 2023**.

**SO ORDERED.**

Dated: March 13, 2023
     New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge